UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EXELA PHARM SCIENCES, LLC,

      Plaintiff,

    v.                                                              Civil Action No. 23-1242 (APM)

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

      Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's June 5, 2023, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The agency has advised that it has run its initial search for records responsive to all three of plaintiff's FOIA requests, which yielded approximately 9,302 items totaling 19.72 gigabytes prior to deduping. The agency has further advised that it is working with its vendor to upload the search results into its document review platform, which will hopefully allow for deduping and other refinements that will narrow the universe of potentially responsive documents. Assuming additional narrowing is not necessary, the agency has advised that it anticipates processing 500 pages each month and making its first interim release of any responsive, non-exempt material by July 24, 2023.

The agency has advised that it does not anticipate submitting a motion for a stay pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605, 615-16 (D.C. Cir. 1976).

The parties believe that it is premature to determine whether summary judgment briefing is necessary and respectfully request that the Court permit the agency to complete its productions and allow them to submit another status report on or before August 16, 2023.

- 2 -

Plaintiff will evaluate the agency's proposed production schedule once the universe of documents to be reviewed and pages involved is ascertained by the agency. Plaintiff anticipates having a position on the agency's proposed production schedule by the August 16, 2023 proposed status report.

Dated:  June 15, 2023

Respectfully submitted,

Jason B. Torchinsky (DCB # 976033)
Edward M. Wenger (DCB # 1001704)
Kenneth C. Daines (DCB# 1600753)
Holtzman Vogel Baran
  Torchinsky & Josefiak PLLC
2300 N Street NW, Suite 643
Washington, D.C. 20037
Phone: (202) 737-8808
Fax: (540) 341-8809
jtorchinsky@holtzmanvogel.com
emwenger@holtzmanvogel.com
kdaines@holtzmanvogel.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*