UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EXELA PHARM SCIENCES, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>     Defendant. | Civil Action No. 23-1242 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's June 16, 2023, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

Defendant Department of Health and Human Services (the "Department") has advised that on July 24, 2023, it issued its first interim response to plaintiff's request for records related to certain Abbreviated New Drug Applications.  The Department has further advised that it reviewed 550 pages and found none to be responsive to this request.  The Department has advised that it expects to complete its response to this request later this month.

As for the other two FOIA requests that are the subject of this case, the parties have agreed that the Department will process 700 potentially responsive pages per month and that the Department will process approximately 3,291 pages of emails during its initial round of processing with the understanding that plaintiff may seek specific attachments at a later date.

The parties respectfully request that the Court allow them to submit another status report on or before October 25, 2023.

- 2 -

Dated:  August 16, 2023

<div style="display:flex; justify-content:space-between">

Jason B. Torchinsky (DCB # 976033)
Edward M. Wenger (DCB # 1001704)
Kenneth C. Daines (DCB# 1600753)
Holtzman Vogel Baran
  Torchinsky & Josefiak PLLC
2300 N Street NW, Suite 643
Washington, D.C. 20037
Phone: (202) 737-8808
Fax: (540) 341-8809
jtorchinsky@holtzmanvogel.com
emwenger@holtzmanvogel.com
kdaines@holtzmanvogel.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*

</div>

- 2 -