EXELA PHARM SCIENCES, LLC,

      Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

      Defendant.

Civil Action No. 23-1242 (APM)

## JOINT STATUS REPORT

Pursuant to the Court's August 17, 2023, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act case.

Defendant Department of Health and Human Services (the "Department") reports that on August 24, 2023, it issued its second interim response to Plaintiff's requests for records related to certain Abbreviated New Drug Applications and certain communications. The Department further reports that it reviewed 713 pages, released 442 pages in their entirety and 17 pages in part, and determined that 246 pages were not responsive and that 8 pages required consultation with other entities.

The Department reports that on September 25, 2023, it issued its third interim response to Plaintiff's requests for certain communications. The Department further reports it reviewed 701 pages, released 260 pages in their entirety and 41 pages in part, and determined that 274 pages were not responsive and that 126 pages required consultation with other entities.

The Department reports that on October 24, 2023, it issued its fourth interim response to Plaintiff's requests. The Department further reports that it reviewed 727 pages and determined that 133 pages were not responsive and that 594 pages required consultation with other entities.

Pursuant to the parties' agreement, the Department will continue processing 700 potentially responsive pages per month and the Department will continue processing from the previously identified batch of approximately 3,291 pages of emails during this initial round of processing with the understanding that Plaintiff may seek specific attachments at a later date.

The parties respectfully request that the Court allow them to submit another status report on or before January 18, 2024.

Dated: October 25, 2023

Respectfully submitted,

By: /s/ Jason Torchinsky
Jason B. Torchinsky (DCB # 976033)
Edward M. Wenger (DCB # 1001704)
Kenneth C. Daines (DCB# 1600753)
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
2300 N Street NW, Suite 643
Washington, D.C. 20037
Phone: (202) 737-8808
Fax: (540) 341-8809
jtorchinsky@holtzmanvogel.com
emwenger@holtzmanvogel.com
kdaines@holtzmanvogel.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Email: Marsha.Yee@usdoj.gov

*Counsel for Defendant*